

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 22, 2018

**By ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   **United States v. David Pruitt**
            **06 Cr. 1151 (LAP)**

Dear Judge Preska:

    The above-captioned defendant is currently scheduled to appear on alleged violations of supervised release on June 28, 2018 at 10:30 a.m. The Government, with consent of the defendant through defense counsel, hereby respectfully requests that the next appearance be adjourned to July 17, 2018, at 10:30 a.m.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By:    /s/
    Micah W.J. Smith
    Assistant United States Attorney
    (212) 637-2439

cc: Sarah Kunstler, Esq. (by e-mail)